UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LORENZO JOE MOORE, JR.,

    Defendant.

_____/

Hon. Robert J. Jonker

Case No. 1:22-cr-00030

**ORDER OF DETENTION**

This matter is before the Court on the government's motion for pretrial detention. Defendant has been charged by way of an Indictment. The Indictment charges him with being a felon in possession of a firearm, in violation of 18 U.S.C. §922 (g)(1). The government sought defendant's detention on the bases that he is a danger to the community, 18 U.S.C. § 1342(f)(1), and that he poses a significant risk of non-appearance, 18 U.S.C. § 3142(f)(2)(A). The Court conducted a hearing on March 8, 2022, at which defendant was represented by counsel.

Having considered the evidence presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that the government has not met its burden of establishing by preponderant evidence that defendant poses a risk of non-appearance. The Court also finds, as explained on the record, that the government has sustained its burden by clear and convincing evidence that he is a danger to the

community. Further, the Court finds that there is no condition or combination of conditions of release that will ensure the safety of the community

Accordingly, **IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending trial.

    **DONE AND ORDERED**.

Date March 8, 2022                                  /s/ Phillip J. Green
                                                                                 PHILLIP J. GREEN
                                                                                 United States Magistrate Judge